**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Tonya Simpson |
| Debtor 2 (Spouse, if filing) | aka Tonya Lashae Simpson |
| United States Bankruptcy Court for the: | Northern District of Mississippi (State) |
| Case number | 15-12264 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Customer Service Center

**Last 4 digits** of any number you use to identify the debtor's account: 9 7 2 3

**Court claim no.** (if known): _____

**Date of payment change:** 05/10/2018
Must be at least 21 days after date of this notice

**New total payment:** $ 451.73
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 164.18    **New escrow payment:** $ 164.35

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ 451.56    **New mortgage payment:** $ 451.73

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Delonda Davis
Signature

Date   04/10/2018

Print:   Delonda Davis
         First Name    Middle Name    Last Name

Title   Bankruptcy Specialist

Company    USDA - Rural Housing Service
           Customer Service Center

Address    PO Box 66879
           Number         Street

           St. Louis, MO 63166
           City                State    ZIP Code

Contact phone  (800) 349-5097 ext. _____

Email  csc.bkr@stl.usda.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**Northern District of Mississippi**

**PAYMENT CHANGE SUMMARY**

**Completed By:** Delonda Davis                                             04/10/2018
                                                                                  (Date)

| | | |
|---|---|---|
| **Debtor(s) & Address:** Tonya Simpson aka Tonya Lashae Simpson 160 CR 553 Ripley, MS 38663 | **Case No.** | 15-12264 |
| | **Claim No.** | |
| | **USDA Acct No.** | 9 7 2 3 |

| | |
|---|---|
| **Attorney & Address:** William C. Cunningham P.O. Box 7177 Tupelo, MS 38802-7177 | **Trustee & Address:** Terre M. Vardaman P. O. Box 1326 Brandon, MS 39043 |

**Effective** 05/10/2018 **, the monthly ongoing payment is changing due to:**

No    Yes ✓   **ESCROW:**

No ✓  Yes      **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 287.38 | Principal & Interest | 287.38 |
| Less Subsidy | | Less Subsidy | |
| Total P&I Payment | 287.38 | Total P&I Payment | 287.38 |
| | | | |
| Escrow | 140.59 | Escrow | 151.99 |
| Escrow shortage | 23.59 | Escrow shortage | 12.36 |
| Total Escrow | 164.18 | Total Escrow | 164.35 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 451.56 | Total Payment | 451.73 |

**Northern District of Mississippi**

Case No. 15-12264
Claim No.

# CERTIFICATE OF SERVICE

I, Delonda Davis, do hereby certify that on 04/10/2018, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Debtor(s)

Tonya Simpson
aka Tonya Lashae Simpson
160 CR 553
Ripley, MS 38663

**Via CM/ECF:**

Debtor's Attorney of Record:

William C. Cunningham
P.O. Box 7177
Tupelo, MS 38802-7177

Chapter 13 Trustee:

Terre M. Vardaman
P. O. Box 1326
Brandon, MS 39043

Date: 04/10/2018

/s/ Delonda Davis
Delonda Davis
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. 5387

```
USDA RURAL DEVELOPMENT - CSC    -650
4300 GOODFELLOW BLVD.
BLDG 105E   FC-252
ST. LOUIS              MO 63120-1703


800-414-1226




TONYA L SIMPSON
160 CR 553
RIPLEY              MS 38663

                                        DATE: 11/29/17


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   03/18 THROUGH    02/19.
-------  ANTICIPATED PAYMENTS FROM ESCROW -    03/18 THROUGH    02/19 -------
              INSURANCE                   1484.00
              COUNTY TAX                   339.98

        TOTAL PAYMENTS FROM ESCROW       1823.98

        MONTHLY PAYMENT TO ESCROW         151.99 (1/12TH OF ABOVE TOTAL)

-------  ANTICIPATED ESCROW ACTIVITY -    03/18 THROUGH    02/19--------
       -ANTICIPATED PAYMENTS-                -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION    ANTICIPATED        REQUIRED
                    ACTUAL STARTING BALANCE            7.35          304.08
MAR 18    151.99                                     159.34          456.07
APR 18    151.99                                     311.33          608.06
MAY 18    151.99                                     463.32          760.05
JUN 18    151.99                                     615.31          912.04
JUL 18    151.99                                     767.30         1064.03
AUG 18    151.99                                     919.29         1216.02
SEP 18    151.99                                    1071.28         1368.01
OCT 18    151.99                                    1223.27         1520.00
NOV 18    151.99                                    1375.26         1671.99
DEC 18    151.99                                    1527.25         1823.98
JAN 19    151.99       339.98    COUNTY TAX         1339.26         1635.99
FEB 19    151.99      1484.00    INSURANCE     ALP     7.25   RLP    303.98

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
 (RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -296.73.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
 BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        0.00
```

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                                    287.38
            ESCROW (1/12TH OF ANNUAL ANTICIPATED                    151.99
                DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: AMORTIZED FEE PAYMENT                               0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG                  0.00
            PLUS: SHORTAGE PAYMENT                                   12.36
            MINUS: SURPLUS CREDIT                                     0.00
            ROUNDING ADJUSTMENT                                       0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                        0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 03/10/18      451.73
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     303.98.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      303.98.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
08/15        148.11        09/15        148.11       10/15        4613.19    *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
02/18       1484.00 INSURANCE              01/18        339.98 COUNTY TAX
00/00          0.00                        00/00          0.00
```

```
USDA RURAL DEVELOPMENT - CSC    -650
4300 GOODFELLOW BLVD.
BLDG 105E   FC-252
ST. LOUIS               MO 63120-1703

800-414-1226



TONYA L SIMPSON
160 CR 553
RIPLEY              MS 38663

                        DATE: 11/29/17


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING MAR, 2017 AND ENDING FEB,2018.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

            --- YOUR PAYMENT BREAKDOWN AS OF MAR, 2017 IS ---

            PRINCIPAL & INTEREST            287.38
            ESCROW DEPOSIT                  140.59
            OPTIONAL INSURANCE                0.00
            REPLACE RESV/FHA SVC CHG          0.00
            SHORTAGE                         23.59
            DEFICIENCY                        0.00
            SURPLUS                           0.00
            ROUNDING                          0.00
            LESS BUYDOWN/ASST PAYMENT         0.00
            BORROWER PAYMENT                451.56


        PAYMENTS TO ESCROW   --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH   PRIOR PRJ   ACTUAL   PRIOR PRJ   ACTUAL  DESCRIPTION   PRIOR PRJ    ACTUAL
DEC 16   138.81     148.11                339.98  COUNTY
                    148.11                                     1665.81    -1890.30
JAN 17   138.81               318.81    1484.00   INSURA       1485.81    -3374.30
                                  STARTING BALANCE              281.22    -3374.30

MAR 17   140.59         *                                       421.81    -3374.30 A
APR 17   140.59         *                                       562.40    -3374.30
MAY 17   140.59         *                                       702.99    -3374.30
JUN 17   140.59         *                                       843.58    -3374.30
JUL 17   140.59         *                                       984.17    -3374.30
AUG 17   140.59     148.11*                                    1124.76    -3226.19
SEP 17   140.59     148.11*                                    1265.35    -3078.08
OCT 17   140.59         *                                      1405.94    -3078.08
NOV 17   140.59        **                                      1546.53    -3078.08
```

```
DEC 17      140.59          **                              1687.12     -3078.08
JAN 18      140.59          **     332.12       **          1495.59     -3078.08
FEB 18      140.59          **    1355.00       **           281.18 T   -3078.08
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS         281.18. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
    -3374.30.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
04/15       148.11       05/15       148.11       06/15       148.11
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
02/17    1355.00 INSURANCE                 01/17       332.12 COUNTY TAX

00/00       0.00                           00/00         0.00
```